**Order entered May 21, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01483-CR

**JEREMY DEMONE WILLIAMS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F10-30956-M**

## ORDER

Counsel has filed an *Anders* brief in this case. The brief recites that appellant pleaded guilty and received deferred adjudication community supervision. The appeal follows the adjudication of appellant's guilt. The reporter's record of the original guilty plea hearing has not been filed. The docket sheet in the clerk's record reflects that the plea was taken by a magistrate and that Heather Vezina is the court reporter who recorded the proceeding.

Accordingly, we **ORDER** Belinda Baraka, as official court reporter of the 194th Judicial District Court, to coordinate with court reporter Heather Vezina to file the reporter's record of the November 23, 2010 guilty plea hearing. The reporter's record of the hearing is due by **JUNE 19, 2015**.

We note that in his motion to withdraw, counsel states that he has provided appellant a copy of the clerk's and reporter's record. Accordingly, we **ORDER** counsel to provide appellant with a copy of the reporter's record of the November 23, 2010 guilty plea hearing by **JUNE 26, 2015**.

We **DIRECT** the Clerk to send copies of this order to Belinda Baraka, official court reporter of the 194th Judicial District Court, and to counsel for all parties.

/s/  LANA MYERS
    JUSTICE